

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:                    Opinion No. 0-4366

> Re:  Whether or not the Comptroller
> may pay for the purchase of
> cigarette tax stamps where
> the appropriation to the
> Board of Control for such
> purpose is exhausted.

        We beg to acknowledge receipt of your letter of
date January 28, 1942, asking for an opinion upon the above
subject-matter, as follows, to-wit:

> "The Act levying a tax upon the sale or use
> of cigarettes in Texas provides that the payment
> of the tax may be evidenced by the use of a
> cigarette stamp attached or affixed to each
> package of cigarettes sold.

> "The Act further provides that the stamp
> shall be sold by the Treasurer, but creates a
> 'Cigarette Tax Stamp Board' composed of the
> Board of Control, whose duty it is to design
> and have printed or manufactured the cigarette
> tax stamps of such size and denominations and
> in such quantity as may be determined by the
> said Board.  The printing or manufacturing of
> the stamps shall be awarded by competitive bids
> and the contract shall be awarded to the person
> submitting the lowest and best bid that will af-
> ford the greatest and best protection to the
> State in the <u>enforcement</u> of the provisions of
> the Act.

> "The Act places enforcement and administra-
> tion of the Act upon the Comptroller and provides
> that the Comptroller shall have the power and

authority in the enforcement to recall any
stamps which have been sold by the Treasurer
and which have not been used, and that the
purchasers of any stamps shall be required
to surrender any unused stamps upon the de-
mand of the said Comptroller. Section 24 of
the Act as amended by House Bill No. 154 of
the 47th Legislature reads in part as follows:

"Sec. 24.(a) It is hereby made the
duty of the Comptroller to collect,
supervise and enforce the collect-
ion of all taxes and penalties that
may be due under the provisions of
this Act and to that end the Comp-
troller is hereby vested with all
the power and authority conferred
by this Act, said Comptroller shall
have the power and authority to
make and publish rules and regula-
tions not inconsistent with this
Act or with other laws or the con-
stitution of this State or the United
States for the enforcement of the pro-
visions of this Act and the collection
of the revenues hereunder."

"Section 30 of the Act provides in part as
follows:

"That two and one-half percent of
the gross amount of taxes, permit and
license fees and other funds derived
under the provisions of this Act,
shall be set aside in a special fund
subject to the use of the Comptroller
and so much of said fund as may be
necessary shall be expended in the ad-
ministration and enforcement of the
provisions of this Act and so much of
the proceeds of two and one-half per-
cent of said tax fund shall be, and
the same is hereby appropriated for
said purposes, same to be paid month-
ly as needed, provided that payment
for the manufacture or printing of

Honorable Geo. H. Sheppard - page 3

the cigarette tax stamps and for
other expenses incurred by the
Board incident thereto shall be
made from the revenue derived from
the cigarette tax before such fund
is allocated under the provisions
of this Act.'

"The 47th Legislature under the General De-
partmental Appropriation Bill appropriated the
full two and one-half percent above mentioned
to the Comptroller for the administration and
enforcement of the cigarette and occupation tax
laws for each of the years of this biennium but
only appropriated $28,000.00 for each of the fis-
cal years in the present biennium to the Board
of Control for designing and procuring cigarette
stamps.

"You will note that the two and one-half per-
cent set aside for the use and benefit of the Comp-
troller in the administration and enforcement of
the Act is separate and apart from the funds pro-
vided in the general statute for the payment of the
manufacture or printing of the tax stamps.

"The General Appropriation Bill by rider pro-
vides that

"'The appropriations herein provided
are to be construed as the maximum sum
to be appropriated to and for the
several purposes named herein and the
amounts are intended to cover, and
shall cover the entire cost of the
respective items and the same shall
not be supplemented from any other
sources; and, except as otherwise pro-
vided, no other expenditures shall be
made, nor shall any other obligations
be incurred by any Department of this
State,....'

"The $28,000.00 appropriated to the Board of
Control for the designing and procuring of stamps
for the present fiscal year is exhausted.  The
present supply of cigarette stamps is insufficient

Honorable Geo. H. Sheppard - page 4

for the remainder of this fiscal year. It is estimated that the supply of cigarette stamps will be exhausted by June 1st.,and that for June, July and August, 1942, it will be necessary for the proper enforcement of the cigarette tax law that the Board procure approximately one hundred million three cent stamps to supply the demand for that period.

"Since the appropriation to the Board of Control for the designing and procuring of stamps is exhausted, may the Comptroller purchase the needed supply of stamps and pay for them out of the two and one-half percent appropriated to him for the enforcement of the Act?"

We beg to advise that it is the opinion of this Department your question should be answered in the negative.

Under the facts as stated by you, and the statutes quoted in your letter, this conclusion is compelled by the rider appended to the General Appropriation Bill for the present biennium, which, for completeness sake, we here reproduce:

"The appropriations herein provided are to be construed as the maximum sum to be appropriated to and for the several purposes named herein and the amounts are intended to cover, and shall cover the entire cost of the respective items and the same shall not be supplemented from any other sources; and, except as otherwise provided, no other expenditures shall be made, nor shall any other obligations be incurred by any Department of this State,...."

APPROVED FEB 11 1942

FIRST AST STANT
ATTORNEY GENERAL.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN